FILED
SEP 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EASY MOON, INC. Defendant. | Criminal Case No. 08cr2959-LAB<br>I N F O R M A T I O N<br>Title 18, United States Code, Section 1960(b)(1)(B)- Operating Unlicensed Money Transmitting Business |

The United States Attorney charges:

1. Defendant EASY MOON, Inc. is a California Corporation, incorporated in 2000.

2. From 2001 until the present time, defendant EASY MOON, INC. has operated one or more small convenience stores, including one located at 4129 University Avenue San Diego, California("Savers-San Diego") and, as of 2002, a store first located at 1355 Broadway, Chula Vista, and later moved to 1172 Third Avenue, #D-5, Chula Vista, California ("Savers-Chula Vista").

3. Savers-San Diego, and Savers-Chula Vista contained and operated money transmitting services, including but not limited to wire transfers, check cashing, and money order issuance; as such, they are domestic "financial institutions" pursuant to Title 31, United States Code, Sections 5312(a)(2)(K) and (R).

4. From in or about January 1, 2002 through in or about May 18, 2005 in the Southern District of California, defendant EASY MOON, INC., together with other persons known and unknown, did knowingly conduct, control, manage, supervise, direct and own all or part of an unlicensed money transmitting business, to wit, Savers-San Diego, which affected interstate commerce and which failed to comply with the

money transmitting business registration requirements under section 5330 of Title 31, United States Code and the regulations prescribed under such section, in violation of Title 18, United States Code, Section 1960(b)(1)(B).

DATED this 27th day of August, 2008.

Respectfully submitted,

KAREN P. HEWITT
UNITED STATES ATTORNEY

ANNE KRISTINA PERRY
ASSISTANT U.S. ATTORNEY