AO 455(Rev. 5/85) Waiver of Indictment

FILED
SEP 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EASY MOON, INC.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2959-LAB

EASY MOON, INC, the above named defendant, who is accused of Operating an Unlicensed Money Transmitting Business, in violation of Title 18, United States Code, Section 1960(b)(1)(B), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on September 1, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant
EASY MOON, INC.

JAMES J. WARNER
COUNSEL FOR DEFENDANT

Before

LEO S. PAPAS
United States Magistrate Court Judge