FILED
SEP 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EASY MOON, INC. Defendant. | Criminal Case No. 08CR2959-LAB<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. ADNAN NAOUM, Criminal Case No. 07cr0700-JTM.

DATED: August 27, 2008

KAREN P. HEWITT
United States Attorney

Anne Perry

Anne Kristina Perry
Assistant U.S. Attorney