**RESOLUTION TO AUTHORIZE GUILTY PLEA**

WHEREAS, the Corporation, EASY MOON INC. has been charged by Information with , and WHEREAS, the United States of America and EASY MOON, INC. have entered into a plea agreement, and WHEREAS, it is in the best interests of the Corporation to accept said plea agreement and resolve all outstanding matters and litigation, be it

RESOLVED, that the Corporation, EASY MOON INC. accepts the plea agreement as presented to the Board and as set forth in the terms of the plea agreement to which this Resolution is attached; and it is

RESOLVED FURTHER that DURAID ZAIA, along with attorney James Warner, is authorized to execute and deliver all documents and undertake such acts as are necessary to comply with the terms of the plea agreement.

The Undersigned hereby certifies that he/she is the duly elected and qualified Secretary that the foregoing is a true record of a resolution duly adopted at a meeting of the Directors of EASY MOON, INC., and that meeting was held in accordance with state law and any Bylaws of EASY MOON, INC. on 9.3.08, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary of the above-named Corporation this 4th day of Sept, 2008.

______________________

SECRETARY

FILED

SEP 03 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MJ DEPUTY